# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLIFF STEVENSON JACKSON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77244

FILED

NOV 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion for clarification of sentence. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Because no statute or court rule permits an appeal from an order granting a motion for clarification of sentence, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Ronald J. Israel, District Judge
       Cliff Stevenson Jackson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

18-43154